U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
APR 1 0 2025
AT_____ O'CLOCK
John M. Domurad, Clerk - Plattsburgh

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**RICHARD A. DOMINIE and BRIANNA**<br>**H. RATHBUN,**<br><br><br><br><br>**Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.    8:25-MJ-109 (GLF) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of March 12, 2025 in the county of Franklin in the Northern District of New York the defendants, Richard A. Dominie and Brianna H. Rathbun violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | The defendants, Richard A. Dominie and Brianna H. Rathbun, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with any person designated in 18 U.S.C. § 1114 while engaged in and on account of the performance of official duties. |

This criminal complaint is based on these facts:
See attached affidavit.

☒    Continued on the attached sheet.

_____
*Complainant's signature*
Agent Benjamin Labaff, U.S. Border Patrol
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    April 10, 2025
_____

_____
*Judge's signature*

City and State:    Plattsburgh, NY

Hon. Gary L. Favro, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK          )
COUNTY OF CLINTON          )     SS:
CITY OF PLATTSBURGH        )

I, Benjamin Labaff, being duly sworn, deposes and states:

1.  I am an agent with the United States Border Patrol and have served in this capacity since March 2009.  I am currently assigned as prosecutions agent for the Massena Border Patrol station.  Previously, I was assigned as a Task Force Officer (TFO) to the Border Enforcement Security Task Force (BEST) in Massena, NY, which is comprised of agents and officers from HSI, United States Border Patrol, New York State Police, Saint Regis Mohawk Tribal Police, Akwesasne Mohawk Police Services, Saint Lawrence County Sheriff's Office, Franklin County District Attorney's Office, the United States Coast Guard, Ontario Provincial Police, and Royal Canadian Mounted Police.  During my tenure with USBP and BEST, I have participated in numerous alien smuggling investigations during the course of which I have conducted physical surveillance, executed search warrants, and reviewed and analyzed travel patterns of alien smugglers.

2.  As part of my current duties, I have become involved in an investigation of a violation of Title 18, United States Code, Section 111(a)(1) (Assaulting, Resisting or Impeding Certain Officers or Employees).  This affidavit is made in support of a criminal complaint charging Richard A. DOMINIE and Brianna H. RATHBUN with a violation of Title 18, United States Code, Section 111(a)(1).  The statements in this affidavit are based on information provided to me by other law enforcement officers, investigative reports, and my investigation of this matter.  I have set forth only those facts that I believe are necessary to establish probable cause to believe that Richard A. DOMINIE

1

and Brianna H. RATHBUN have committed a violation of Title 18, United States Code, Section 111(a)(1).

3.      On March 12, 2025, at approximately 9:45 p.m., a Border Patrol agent was travelling west on County Route 4 in Fort Covington, New York, enroute to the Massena Border Patrol station to begin his shift. The agent was travelling in his unmarked Border Patrol K9 Unit. Despite being unmarked, the Border Patrol unit is equipped with red and blue emergency lights in a light bar in the windshield, red and blue emergency lights in the grill and emergency lights on the side-mounted rear-view mirrors.

4.      As the agent crested the hill near the intersection of County Route 4 and Donovan Road, he witnesses two vehicles ahead of him, both travelling westbound. The vehicle in the rear started the move erratically, crossing into the eastbound lane and abruptly returning to the westbound lane. This caused the vehicle in front to suddenly brake and veer to the right, near the edge of the roadway. The vehicle in the rear passed the vehicle in the front and sped away, westbound. As the agent passed the vehicle that had been in front, the agent saw it was now travelling well below the posted 55 mph speed limit. The agent was eventually able to see the taillights of the recklessly operated vehicle, and it crossed into the eastbound lane and back multiple times and appeared to be travelling at a high rate of speed. Due to the reckless way the vehicle was being operated, the excessive and dangerous speed, the fact it had nearly collided with another vehicle, the observed presence of Amish buggies on the road that night, and the fact that the vehicle was travelling into a reduced speed zone with a busy four-way intersection, the agent attempted to catch up to the vehicle. Despite travelling at over 100 mph to catch up, the agent couldn't catch the vehicle at this point.

4.      At the intersection of County Route 4 and State Route 95, the agent caught up to the vehicle, as it had stopped at the four-way intersection there. The agent activated the emergency lights on his Border Patrol unit to pull the

2

vehicle over. The vehicle failed to yield to the emergency lights, instead accelerating through the intersection. The agent pulled closely behind the vehicle to observe the license plate, at which point the vehicle abruptly braked causing the agent to swerve his Border Patrol unit around the vehicle to avoid a collision. The agent stopped his Border Patrol unit just in front of the vehicle.

5.      A male, later identified as Richard A. DOMINIE, exited the driver's side and aggressively approached the agent while the agent was still in his Border Patrol unit. The agent exited his Border Patrol unit and identified himself as law enforcement. The agent was in uniform but was wearing a quarter-zip sweatshirt over the top of his uniform. Despite this, the agent's gun and badge were readily visible on his hip. The agent drew his service weapon and ordered DOMINIE to the ground. DOMINIE refused and pulled a folding knife from his pocket. The knife blade was not extended. The agent, with his firearm still drawn, demanded DOMINIE drop the knife, which DOMINIE did.

6.      A female, later identified as Brianna H. RATHBUN, exited the passenger side of the vehicle and approached the agent, who ordered her to return to the vehicle. RATHBUN did not return to the vehicle and instead told DOMINIE to get back in the vehicle, which he did. RATHBUN remained standing outside the vehicle.

7.      The agent approached DOMINIE, now in the driver's seat of the vehicle, whereupon the agent smelled the odor of an alcoholic beverage. The agent asked DOMINIE if he had been drinking, and DOMINIE laughed and grabbed a cup from the vehicle, shoving it toward the agent. Fearing that DOMINIE was attempting to douse him with an unknown liquid, the agent stepped aside, grabbed the cup from DOMINIE and threw it from the vehicle. RATHBUN began screaming that the cup was hers and it needed to be found. DOMINIE exited the vehicle and he and RATHBUN began walking down the road. They both ignored commands from the agent to get out of the road.

8.    The agent got back in his Border Patrol unit to reposition it properly behind the vehicle, so that the lights could illuminate the scene, and his vehicle would be out of the road's travel lane. However, the agent saw in his rear-view camera that DOMINIE and RATHBUN were standing behind his vehicle, so he stopped, exited his vehicle and ordered both to the ground, but both refused. DOMINIE got back in the vehicle's driver's seat, drove the vehicle and parked it so that it was broadside in front of the Border Patrol unit. RATHBUN continued walking up and down the road, claiming she was looking for her cup.

9. DOMINIE exited the vehicle, retrieved the cup from the grass and walked towards the vehicle. The agent grabbed DOMINIE's left shoulder and placed him against the Border Patrol unit. DOMINIE shrugged the agent off and RATHBUN then grabbed the agent's right arm and pulled the agent away from DOMINIE. The agent reached to grab DOMINIE with his left hand, in which the agent was still holding the knife he had secured from DOMINIE previously, which caused the knife to fall to the ground. RATHBUN retrieved the knife from the ground and kept it. One of the defendants then declared that the pair was leaving. RATHBUN got in the vehicle's driver's seat, DOMINIE got in the passenger seat and RATHBUN drove away.

10.    The agent pursued RATHBUN and DOMINIE in his Border Patrol unit with the emergency lights on. RATHBUN did not pull over and continued to operate the vehicle at approximately 47 mph. RATHBUN turned left onto Helena Road/Route 9. As the pursuit passed Keenan Road, a marked Border Patrol unit travelling eastbound with emergency lights activated met the pursuit, turned around in a driveway and fell in behind the unmarked Border Patrol unit pursuing RATHBUN and DOMINIE.

11.    At the intersection with Route 37C, other Border Patrol units had established a checkpoint with spike strips to stop RATHBUN and DOMINIE. Recognizing this, RATHBUN finally stopped the vehicle, and the pair were taken into custody.

4

Attested to by the affiant:

_____
Agent Benjamin Labaff
United States Border Patrol

I, the Honorable Gary L. Favro, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on April 10 , 2025 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
Hon. Gary L. Favro
United States Magistrate Judge
Northern District of New York

5